UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

DAIJA RANDALL,

                       Plaintiff,

        -v-

RESTAURANT ASSOCIATES, *et al.*,

                   Defendants.

-------------------------------------------------------------------------X

26 Civ. 641 (JPC)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on January 27, 2026.  Dkt. 1.  Defendant Tatiana by Kwame Onwuachi ("Tatiana") has not appeared in this action, and the docket does not reflect whether this Defendant has been served.  Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  Nor has Plaintiff requested an extension of time to serve Tatiana.

Accordingly, Plaintiff is ordered to file a status letter by May 8, 2026, describing (1) whether service of the Summons and Complaint has been made on Tatiana, and if not, (2) why good cause exists to excuse Plaintiff's failure to serve Tatiana within the 90-day deadline set by Rule 4(m).  *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").  The Court reminds Plaintiff that "[t]o establish good cause a plaintiff must demonstrate that despite diligent attempts, service could not be made due to exceptional circumstances beyond his or her control."  *Deptula v. Rosen*, 558 F. Supp. 3d 73, 75 (S.D.N.Y. 2021) (internal quotation marks omitted).

Plaintiff must file this letter even if service of the Summons and Complaint is or has already been made on Tatiana.  If Tatiana has been served, Plaintiff must also file proof of service on the docket no later than May 8, 2026.  If no such letter is filed, the Court may dismiss the case as to Tatiana for failure to prosecute.

SO ORDERED.

Dated: April 28, 2026
      New York, New York

JOHN P. CRONAN
United States District Judge